# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: 06-mj-07027-DBS-01 |
| SEUNG B. LEE | USM Number: None |
| | J.Y. Kang, Retained |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count I of the Information.

The defendant is adjudicated guilty of this offense:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 13 and C.R.S. 42-4-1301(1)(b) | Driving While Ability Impaired | 10/2/05 | I |

    The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

November 8, 2006
Date of Imposition of Judgment

s/ Boyd N. Boland
Signature of Judge

Boyd N. Boland,  U.S. Magistrate Judge
Name & Title of Judge

November 28, 2006
Date

DEFENDANT: SEUNG B. LEE
CASE NUMBER:  06-mj-07027-DBS-01                                                            Judgment-Page 2 of 4

## PROBATION

The defendant is hereby placed on unsupervised probation for a term of six (6) months.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page. (set forth below).

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall support his dependents and meet other family responsibilities.
2) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.  If any treatment is ordered by the Court, the defendant shall abstain from the use of alcohol or other intoxicants during the course of such treatment.
3) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

4) As directed by the Court, the defendant shall provide the government (Staff Judge Advocate) with proof of completion of any program, treatment and/or special condition ordered by the Court, as noted below.

## ADDITIONAL CONDITIONS OF SUPERVISION

1. The defendant shall complete a Level II Alcohol and Drug Driving Safety Education Program, as directed by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of the program.  The defendant will be required to pay the cost of the treatment as directed by the Court.

2. The defendant shall perform 40 hours of community service with two hours performed with Mothers Against Drunk Driving (MADD), and shall pay any fees or costs associated with the completion of the community service work and submit proof of completion to the Judge Advocate's Office by September 7, 2005.

DEFENDANT: SEUNG B. LEE
CASE NUMBER:  06-mj-07027-DBS-01                                                                Judgment-Page 3 of 4

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $150.00 | $0.00 |
| **TOTALS** | $10.00 | $150.00 | $0.00 |

The defendant must pay interest on any restitution or fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

DEFENDANT: SEUNG B. LEE
CASE NUMBER:  06-mj-07027-DBS-01                                                                 Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The fine and special assessment shall be paid and proof of payment submitted to the Judge Advocate's Office within six months of sentencing.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) fine principal, (3) fine interest, (4) penalties.